**Order filed April 23, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00100-CV

_____

### GIBSON AYODELE OLUYITAN, Appellant

### V.

### JP MORGAN CHASE BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 3
Fort Bend County, Texas
Trial Court Cause No. 14-CCV-054025**

## O R D E R

Appellant's brief was due April 9, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **May 15, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM